IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| v. § § | Cause No. 25 CR 116 DHU |
| RODERICK NORSEWEATHER, JR., et al., § § | |
| Defendants. § | |

**NOTICE OF COUNSEL'S UNAVAILABILITY**

MARC H. ROBERT, appointed counsel for RODERICK NORSEWEATHER, Defendant, provides notice of his unavailability for the period of time noted below.

1. Counsel will be out of the state from Saturday, June 28, 2025 through Sunday, July 12, 2025. Counsel will be available to participate in proceedings by phone or video conference during this period but will not be available for physical appearance during this period.

2. Counsel respectfully requests that hearings in this cause not be scheduled during this time period, or in the alternative that the Court would

permit counsel's appearance remotely, either by phone or video conference, at any proceedings scheduled during this time period.

        Respectfully Submitted,

        */s/  Electronically filed on 6/18/25*
        MARC H. ROBERT
        P.O. Box 25271
        Albuquerque, New Mexico 87102
        575.571.7435
        m505robert@gmail.com

        *Counsel for Mr. Norseweather*